**Fill in this information to identify the case:**

Debtor 1: Calvin Moses, Sr.

Debtor 2: Carolyn Lashell Moses
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of SC
(State)

Case number: 14-05182-hb

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust

**Court claim no.** (if known): 21-2

**Last 4 digits** of any number you use to identify the debtor's account: 3 2 0 7

**Property address:** 109 Gary Road
Number    Street

Anderson, SC 29625
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 11 / 01 / 2019
MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/____/_____
MM / DD / YYYY

Debtor 1     Calvin Moses, Sr.                  Case number (*if known*) 14-05182-hb
         First Name    Middle Name    Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Michelle Ghidotti-Gonsalves            Date 11 / 08 / 2019
   Signature

Print    Michelle Ghidotti-Gonsalves            Title   Authorized Agent
       First Name    Middle Name    Last Name

Company    Ghidotti Berger, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    1920 Old Tustin Ave.
        Number    Street

        Santa Ana        CA        92705
        City                State        ZIP Code

Contact phone (949) 427 – 2010            Email mghidotti@ghidottiberger.com

## CERTIFICATE OF SERVICE

On November 8, 2019, I served the foregoing documents described as Response to Notice of Final Cure Payment on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Gina R. McMaster
Email: mcmasterlawfirm@hotmail.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Lauren Simonton
Lauren Simonton

On November 8, 2019, I served the foregoing documents described as Response to Notice of Final Cure Payment on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| DEBTOR<br>Calvin Moses, Sr.<br>109 Gary Road<br>Anderson, SC 29625<br><br>JOINT DEBTOR<br>Carolyn Lashell Moses<br>109 Gary Road<br>Anderson, SC 29625 | U.S. TRUSTEE<br>US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly St., Suite 953<br>Columbia, SC 29201<br><br>TRUSTEE<br>Gretchen D. Holland<br>Ch. 13 Trustee Office<br>20 Roper Corners Circle, Suite C<br>Greenville, SC 29615 |
|---|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Lauren Simonton
Lauren Simonton